In the Matter of ASSOCIATION OF DEALERS IN MASONS' BUILDING MATERIALS. (JOINT LEGISLATIVE COMMITTEE ON HOUSING.)— Motion to dismiss appeal denied. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WARWICK ART STUDIOS, INC., v. SACKETT & WILHELMS CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ESTHER I. GORDON v. HYMAN GORDON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. LILLIAN G. DEWITT and Others. (AMSEL CONSTRUCTION CO., INC.)— Motion to dismiss appeal granted, with ten dollars costs.— Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HILL.— Motion granted upon appellant's filing points, notice of argument and note of issue. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CATHERINE M. LOBEL v. CHARLES LOBEL.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum JJ.

WILLIAM J. RODGERS v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GUILDEROY P. SMITH, an Infant, v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM STEUER, as Administrator, v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MARGARET HACH v. THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THEOBALD HACH v. THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE MOTION PICTURE TRADE DIRECTORY Co., INC., v. LAIRD H. WALLACE and Others.— Application granted. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ISAAC KRAUSHAR v. DREYFUSS COSTUME CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LEO LESSLER v. MOLLIE UNGER, as Administratrix.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES T. NORMAN and Others v. WALKER D. HINES, Director-General. — Application denied, with ten dollars costs. Order signed. Present— Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.